# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 21, 2008

135631 & (80) (81)

AMERICAN AXLE & MANUFACTURING
HOLDINGS, INC., and AMERICAN AXLE &
MANUFACTURING, INC.,
      Plaintiffs-Appellees,

v

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA,
      Defendant-Appellant,

and

RAQUEL RODRIGUEZ,
      Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135631
COA: 270043
Wayne CC: 03-333224-CZ

On order of the Court, the motion for leave to file brief amicus curiae is GRANTED. The application for leave to appeal the December 4, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for miscellaneous relief is DENIED as moot because the response brief was timely filed.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 21, 2008

s0514

_____
Clerk